STATE of Vermont v. Susan M. TOWLE (Freeman), No. 33-79

December 4, 1979. Appeal dismissed.

STATE of Vermont v. Kenneth DWYER, No. 44-79

December 4, 1979. Printed case and appellant's brief to be filed on or before January 4, 1980, or cause dismissed.

Jack R. COHUN and Christine A. Cohun v. David LIHN d/b/a Darby Hill Associates, No. 48-79

December 4, 1979. Printed case and appellant's brief to be filed on or before January 4, 1980, or cause dismissed.

John KUZMA, Charlotte Hemenway Kuzma and Christopher Stephen Kuzma v. James T. DALTON and Dolores L. Dalton, No. 61-79

December 4, 1979. Printed case and appellant's brief to be filed on or before January 4, 1980, or cause dismissed.

Theodore QUINTIN and Linda Quintin v. Daniel MILLER and Cooperative Fire Insurance, No. 67-79

December 4, 1979. Printed case and appellant's brief to be filed on

or before January 4, 1980, or cause dismissed.

Alvin L. SCHEIN, D.M.D. v. David L. Bushway, No. 78-79

December 4, 1979. Transcript to be ordered on or before January 4, 1980, or cause dismissed.

IN RE T. M., Juvenile, No. 106-79

December 4, 1979. Printed case and appellant's brief to be filed on or before January 4, 1980, or cause dismissed.

STATE of Vermont v. SPECIALIZED HAULING CORP., No. 123-79

December 4, 1979. Printed case and appellant's brief to be filed on or before January 4, 1980, or cause dismissed.

Martin S. HALPER v. Andrea HALPER, No. 150-79

December 4, 1979. Printed case and appellant's brief to be filed on or before January 4, 1980, or cause dismissed.

STATE of Vermont v. Richard C. WEIN, No. 175-79

December 4, 1979. Appeal dismissed.